**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **DOUGLAS KONOPASEK,**             )<br>                                                            )<br>               **Plaintiff,**              )<br>                                                            )<br>**v.**                                                    )<br>                                                            )<br>**OZARK KENWORTH, INC, et al.,**  )<br>                                                            )<br>               **Defendants.**          )<br>_____)  | **CIVIL ACTION**<br><br>**No. 17-2681-KHV** |

## **ORDER**

On June 22, 2018, the parties filed a <u>Joint Stipulation For Dismissal With Prejudice</u> (Doc. #30) which seeks dismissal of all claims in this action.  Because all parties who have appeared in the action signed the stipulation, the Court dismisses all claims with prejudice, with each party to bear its own costs and attorney's fees.  Fed. R. Civ. P. 41(a)(1)(A)(ii).

**IT IS SO ORDERED**.

Dated this 15th day of August, 2018 at Kansas City, Kansas.

                                                                            s/ Kathyrn H. Vratil
                                                                            KATHRYN H. VRATIL
                                                                            United States District Judge